PAUL W. REIDL (SBN 155221)
Law Office of Paul W. Reidl
25 Pinehurst Lane
Half Moon Bay, CA 94019
Telephone: (650) 560-8530
Email: paul@reidllaw.com

MICHAEL BOSWORTH (SBN 75887)
Klintworth & Rozenblat IP LLC
2901 Moorpark Ave, Suite 255
San Jose, CA 95128
Telephone: 408.827.3303
Email: mbosworth@kandriplaw.com

*Attorneys for Bogle Vineyards, Inc.*

Vivek Jayaram, PHV
Johanna Hyman, PHV
Jayaram Law Group
125 S. Clark Street
17th Floor
Chicago, IL 60603
312-212-8676
Email: vivek@jayaramlaw.com
Email: johanna@jayaramlaw.com

Martin Niels Jensen
Porter Scott
350 University Avenue
Suite 200
Sacramento, CA 95825
(916) 929-1481
Fax: (916) 927-3706
Email: mjensen@porterscott.com

*Attorneys for Next Wine Co.*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**(SACRAMENTO DIVISION)**

Page 1

JOINT STATUS REPORT

| | | |
|---|---|---|
| 1 | **NEXT WINE, LLC,** | Case No. 2:17-cv-01282-TLN-EFB |
| 2 | Plaintiff/CounterDefendant, | |
| 3 | v. | **JOINT STATUS REPORT** |
| 4 | **BOGLE VINEYARDS, INC.** | |
| 5 | Defendant/CounterClaimant. | |

In its Order of December 18, 2018 (ECF 16), the Court requested the parties to file a Joint Status Report within thirty (30) days.

The parties did not devote any resources to the case while the Motion to Dismiss (ECF 11) was pending because the motion was *de facto* dispositive. This is a declaratory judgment action that arose from Defendant's demand that Plaintiff cease using the NEXT trademark. In response to that demand, Plaintiff sued and requested a declaratory judgment of non-infringement. As is typical in such cases, Defendant counterclaimed for trademark infringement. The motion was *de facto* dispositive because it sought to bar the trademark infringement claim due to prosecution estoppel. If the Court had granted the motion, Defendant would not have been permitted to contest the claim of non-infringement and the case would have been over. Thus, while the motion was pending, neither party wanted to invest in discovery because this would have been wasted time and treasure if the Court had granted the motion

As a result, the case is still in a nascent stage. Plaintiff needs to Answer the Counterclaim, the Court needs to issue a Scheduling Conference Order, the parties need to complete the pre-discovery tasks required by Rule 26, and the parties need file a Joint Scheduling Conference Report.

The parties would also ask the Court to order an early mediation with Magistrate Judge Brennan to see if there is a way to resolve this dispute quickly and efficiently without the need to involve the Court in further proceedings due to its busy docket.

The e-signature of Defendant's counsel has been added with his written permission.

Respectfully Submitted,

**LAW OFFICE OF PAUL W. REIDL**

By: /s/ Paul W. Reidl

PAUL W. REIDL (SBN 155221)
Law Office of Paul W. Reidl
25 Pinehurst Lane
Half Moon Bay, CA 94019
Telephone: (650) 560-8530
Email: paul@reidllaw.com

Dated: January 15, 2019

MICHAEL BOSWORTH (SBN 75887)
Klintworth & Rozenblat IP LLC
2901 Moorpark Ave, Suite 255
San Jose, CA 95128
Telephone: 408.827.3303
Email: mbosworth@kandrip.com

*Attorneys for Bogle Vineyards, Inc.*

By: /s/ Vivek Jayaram

Vivek Jayaram, PHV
Johanna Hyman, PHV
Jayaram Law Group
125 S. Clark Street
17th Floor
Chicago, IL 60603
312-212-8676
Email: vivek@jayaramlaw.com
Email: johanna@jayaramlaw.com

Martin Niels Jensen
Porter Scott
350 University Avenue
Suite 200
Sacramento, CA 95825
(916) 929-1481
Fax: (916) 927-3706
Email: mjensen@porterscott.com

*Attorneys for Next Wine Co.*

JOINT STATUS REPORT

**PROOF OF SERVICE**

I, the undersigned, declare and certify as follows:

I am over the age of eighteen (18) years and employed in the County of San Mateo, State of California. I am a member of the Bar of the above-entitled Court. My business address is 25 Pinehurst lane, Half Moon Bay, California, 94019

On January 15, 2019, I served the following document (attached hereto):

**JOINT STATUS REPORT**

**(XX)  VIA CM/ECF FILING SYSTEM.** The undersigned hereby certifies that he caused a copy of the foregoing document(s) to be filed with the clerk of the U.S. District Court, Eastern District of California, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participant(s) on January 15, 2019.

Johanna Hyman, PHV
Jayaram Law Group
125 S. Clark Street
17th Floor
Chicago, IL 60603
312-212-8676
Email: johanna@jayaramlaw.com

Vivek Jayaram , PHV
Jayaram Law Group
125 South Clark Street
17th Floor
Chicago, IL 60603
646-325-9855
Email: vivek@jayaramlaw.com

Martin Niels Jensen
Porter Scott
350 University Avenue
Suite 200
Sacramento, CA 95825
(916) 929-1481
Fax: (916) 927-3706
Email: mjensen@porterscott.com

Executed on January 15, 2019, at Half Moon Bay, California.

/s/ Paul W. Reidl

JOINT STATUS REPORT