UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXT WINE, LLC, | No. 2:17-cv-01282-TLN-EFB |
| Plaintiff, | |
| v. | <u>ORDER RE SETTLEMENT & DISPOSITION</u> |
| BOGLE VINEYARDS, INC., | |
| Defendant. | |
| AND RELATED COUNTER-CLAIMS. | |

This case was originally before the court for a settlement conference conducted on February 21, 2019. A further settlement conference was scheduled for October 16, 2019. The court is in receipt of counsel for the parties' notice of settlement, ECF No. 28. Pursuant to the representations by counsel for the parties, the court has now determined that the matter has settled.

Dispositional documents are to be filed not later than thirty (30) days from the date of this order.

All hearing dates heretofore set in this matter, including the October 16, 2019 further settlement conference, are VACATED.

1 | <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

IT IS SO ORDERED.

DATED: October 16, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE